# FLOOD SETTLEMENT INSTRUCTIONS v 5.12

Dear Gary Shlyonsky,

We have completed our investigation of your 10/29/2012 flood insurance claim. Enclosed is **YOUR COPY** of our Building Repair Estimate and Contents Inventory Evaluation. Please review them and retain them for your records. The estimate is upon our judgement as a National Flood Insurance Program certified flood adjuster relative to our inspection of the damage(s) and any estimate(s) or information you provided us during the course of this adjustment and the National Flood Insurance Program/Insurance Company flood coverage guidelines.

These closing estimate(s) are subject to review and acceptance by your Insurance Carrier and the National Flood Insurance Program.

Claims adjusters are not authorized to approve or deny claims; their job is to report to the National Flood Insurance Program and/or Insurance Company on the elements of the flood cause and damage.

Please note there may be some flood damages to your property that were not included in our estimate due to NFIP Policy Exclusions or Limitations .Your adjuster should have reviewed these items with you in the process of their adjustment. Please note that the adjuster does not have the authority to approve or deny any portion of your claim and all items are subject to final review by your flood insurance carrier. If any part of your claim is denied you will receive a letter from the Carrier detailing this denial and providing you with instructions how to appeal the decision with the NFIP if you are not in agreement.

Any additional documentation that you believe relevant to your claim or any Proof of Loss forms you may choose to file can be sent to your insurance carrier or your adjuster using the contact information they have provided. You may also send it to the address below and it will be forwarded to your adjuster.

Any additional repair to or replacement of items not included in this estimate can be addressed a supplement after the RCV value of your claim has been exhausted. The supplement claim is also subject to the National Flood Insurance Program and/or Insurance Company prior approval.

**You are required to keep all receipts, cancelled checks, inspection reports, etc. as proof of repair or replacement in the event of any future loss for 7 years.**

We appreciate your patience as it may take up to 2 weeks to complete processing your claim.

If you have any questions, please feel free to contact our office.

Sincerely,

ALL Seasons Adjusting
Richard Crowley
4000 Bordentown Ave
Suite 14
Sayreville, NJ 08872
rd@rdcrowley.com

FCN: 06050301
Tel.732-698-9490
Fax 908-636-2295

EXHIBIT 1

| | | | |
|---|---|---|---|
| INSURED | : Gary Shlyonsky | DATE OF REPORT | : 2/23/2013 |
| LOCATION | : 229 Exeter Street | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235 | POLICY NUMBER | : 60101892502012 |
| COMPANY | : The Standard Fire Insurance Co. | CLAIM NUMBER | : ASA120954 |
| | : PO Box 7775 | OUR FILE NUMBER | : ASA120954 |
| | : Kalispell, MT 59904-7775 | ADJUSTER NAME | : Richard Crowley |

# BUILDING ESTIMATE

## BUILDING INFORMATION

| | |
|---|---|
| Type of Building: | Residential |
| Type of Foundation: | Masonry Wall |
| Exterior Walls: | Wood Frame |
| Type of Roof: | Shingle |
| Interior Walls: | Wood Studs |
| Age of Roof: | 4 |
| Basement: | Finished |
| Elevated: | Non-Elevated |
| Number of Stories: | 2.0 |
| Number of Rooms: | 12.0 |
| Number of Baths: | 3.0 |

## BUILDING VALUATION

| | | | |
|---|---|---|---|
| Total Square Feet: | 3640.0 | Estimated Total Value: | $548,232.89 |
| Value PSF: | 150.613431 | Depreciation: | $109,646.58 |
| PSF Source: | BCM Database | Estimated Actual Cash Value: | $438,586.31 |

## ESTIMATE RECAP

| | | | |
|---|---|---|---|
| Estimate Grand Totals: | $76,680.70 | | |
| Total Depreciation: | ($4,679.08) | Recoverable Depreciation: | $4,679.08 |
| A.C.V. Estimate Totals: | $72,001.62 | Non-Recoverable Depreciation: | $0.00 |
| Policy Deductible: | ($1,000.00) | Total Depreciation: | $4,679.08 |
| Final Totals: | $71,001.62 | | |

## ESTIMATE COMMENTS

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

| | | | |
|---|---|---|---|
| INSURED | : Gary Shlyonsky | DATE OF REPORT | : 2/23/2013 |
| LOCATION | : 229 Exeter Street | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235 | POLICY NUMBER | : 60101892502012 |
| COMPANY | : The Standard Fire Insurance Co. | CLAIM NUMBER | : ASA120954 |
| | : PO Box 7775 | OUR FILE NUMBER | : ASA120954 |
| | : Kalispell, MT 59904-7775 | ADJUSTER NAME | : Richard Crowley |

**Estimate Section: Exterior**

Exterior ........................................ 75' 8.0" x 20' x 8'
Offset ........................................ 73' 8.0" x 1' 6.0" x 8'
Offset ........................................ 60' x 2' 6.0" x 8'
Offset ........................................ 18' 6.0" x 2' 6.0" x 8'

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 495.70 LF | Floor SF: | 1820.10 SF | Wall SF: | 3965.30 SF |
| Upper Perimeter: | 495.70 LF | Floor SY: | 202.23 SY | Ceiling SF: | 1820.10 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 1.0 MC | Minimum Charge Power Wash Exterior (100.0%) | $195.17 | $195.17 | | $195.17 |
| 1.0 EA | Remove and Replace 2.0 Ton Air-Cooled Condensing Unit for Air Conditioner<br>Weather King<br>Model 13AJA24A01<br>Serail 7653N310900958 | $3,975.33 | $3,975.33 | $278.27 | $3,697.06 |
| 1.0 EA | Remove and Replace 2.5 Ton Air-Cooled Condensing Unit for Air Conditioner<br>Weather King<br>Model 13AJA30A01<br>Serail 7654N310902318 | $4,037.13 | $4,037.13 | $282.60 | $3,754.53 |
| 2.0 EA | Remove and Replace 3.0 Ton Air-Cooled Condensing Unit for Air Conditioner<br>Weather King<br>Model 13AJA36A01<br>Serial 7655N310903375<br>Serial 7655N32090302 | $4,062.88 | $8,125.76 | $568.80 | $7,556.96 |
| 1.0 EA | Remove and Replace 5.0 Ton Air-Cooled Condensing Unit for Air Conditioner<br>Weather King<br>Model 13AJA60A01<br>Serail 7658N310905520 | $4,499.60 | $4,499.60 | $314.97 | $4,184.63 |
| | **Totals For Exterior** | | **$20,832.99** | **$1,444.64** | **$19,388.35** |

**Estimate Section: Garage Exterior**

Garage Exterior ........................................ 18' 3.0" x 10' 9.0" x 8'

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 58.00 LF | Floor SF: | 196.20 SF | Wall SF: | 464.00 SF |
| Upper Perimeter: | 58.00 LF | Floor SY: | 21.80 SY | Ceiling SF: | 196.20 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 1.0 MC | Minimum Charge Power Wash Exterior (100.0%) | $65.17 | $65.17 | | $65.17 |
| | **Totals For Garage Exterior** | | **$65.17** | **$0.00** | **$65.17** |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

| | | | |
|---|---|---|---|
| INSURED | : Gary Shlyonsky | DATE OF REPORT | : 2/23/2013 |
| LOCATION | : 229 Exeter Street | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235 | POLICY NUMBER | : 60101892502012 |
| COMPANY | : The Standard Fire Insurance Co. | CLAIM NUMBER | : ASA120954 |
| | : PO Box 7775 | OUR FILE NUMBER | : ASA120954 |
| | : Kalispell, MT 59904-7775 | ADJUSTER NAME | : Richard Crowley |

**Estimate Section: Garage Interior**

Garage Interior ........................................................ 16' 6.0" x 9' 9.0" x 9' 2.0"

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 52.50 LF | Floor SF: | 160.90 SF | Wall SF: | 481.30 SF |
| Upper Perimeter: | 52.50 LF | Floor SY: | 17.88 SY | Ceiling SF: | 160.90 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 160.9 SF | Flood Loss Clean-up (100.0%) | $0.95 | $152.86 | | $152.86 |
| 160.9 SF | Mildewcide Floor Treatment (100.0%) | $0.45 | $72.41 | | $72.41 |
| 481.3 SF | Mildewcide Wall Treatment (100.0% / 9.2') | $0.45 | $216.59 | | $216.59 |
| 160.9 SF | Clean Ceramic Floor Tile in Mortar (100.0%) | $0.68 | $109.41 | | $109.41 |
| 160.9 SF | Re-grout Ceramic Floor Tile in Mortar (100.0%) | $3.45 | $555.11 | $16.65 | $538.46 |
| 210.0 SF | Remove and Replace Wall Drywall Taped and Floated (100.0% / 4.0') | $2.95 | $619.50 | $43.37 | $576.13 |
| 26.7 SY | Remove and Replace Interior Wall Stucco 4' up (50.0% / 9.2') | $69.80 | $1,863.66 | $130.46 | $1,733.20 |
| 53.5 SY | Paint / Finish Interior Wall Stucco (100.0% / 9.2') | $8.14 | $435.49 | $60.97 | $374.52 |
| 52.5 LF | Remove and Replace Ceramic Tile Base (100.0%) | $6.23 | $327.08 | $22.90 | $304.18 |
| 1.0 EA | Remove and Replace Garage Door 7' X 8' | $602.36 | $602.36 | $42.17 | $560.19 |
| 1.0 EA | Remove and Replace Infrared Sensor For Garage Door | $305.50 | $305.50 | $21.39 | $284.11 |
| | **Totals For Garage Interior** | | **$5,259.97** | **$337.91** | **$4,922.06** |

**Main Grouping: Basement**
**Estimate Section: Main Area**

Main Area ............................................................... 73' x 18' x 8'

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 182.00 LF | Floor SF: | 1314.00 SF | Wall SF: | 1456.00 SF |
| Upper Perimeter: | 182.00 LF | Floor SY: | 146.00 SY | Ceiling SF: | 1314.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 1314.0 SF | Flood Loss Clean-up (100.0%) | $0.95 | $1,248.30 | | $1,248.30 |
| 1.0 SF | Water Extraction Invoice attached Empire Invoice 702 | $5,000.00 | $5,000.00 | | $5,000.00 |
| 1314.0 SF | Mildewcide Floor Treatment (100.0%) | $0.45 | $591.30 | | $591.30 |
| 1456.0 SF | Mildewcide Wall Treatment (100.0% / 8.0') | $0.45 | $655.20 | | $655.20 |
| 18.0 DY | 6 Airmover for Water Loss 3 days each | $45.75 | $823.50 | | $823.50 |
| 9.0 DY | 3 Dehumidifier for Water Loss 3 days each | $77.55 | $697.95 | | $697.95 |
| | **Totals For Main Area** | | **$9,016.25** | **$0.00** | **$9,016.25** |

**** This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier. ****

| | | | |
|---|---|---|---|
| INSURED | : Gary Shlyonsky | DATE OF REPORT | : 2/23/2013 |
| LOCATION | : 229 Exeter Street | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235 | POLICY NUMBER | : 60101892502012 |
| COMPANY | : The Standard Fire Insurance Co. | CLAIM NUMBER | : ASA120954 |
| | : PO Box 7775 | OUR FILE NUMBER | : ASA120954 |
| | : Kalispell, MT 59904-7775 | ADJUSTER NAME | : Richard Crowley |

**Main Grouping:** **Basement**
**Estimate Section:** **Side Entry**

Side Entry ............................................................ 3' 6.0" x 3' 6.0" x 8'

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 14.00 LF | Floor SF: | 12.30 SF | Wall SF: | 112.00 SF |
| Upper Perimeter: | 14.00 LF | Floor SY: | 1.37 SY | Ceiling SF: | 12.30 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 12.3 SF | Flood Loss Clean-up (100.0%) | $0.95 | $11.69 | | $11.69 |
| 12.3 SF | Mildewcide Floor Treatment (100.0%) | $0.45 | $5.54 | | $5.54 |
| 42.0 SF | Mildewcide Wall Treatment (100.0% / 3.0') | $0.45 | $18.90 | | $18.90 |
| 12.3 SF | Clean Stone Floor Tile in Mortar (100.0%) | $0.68 | $8.36 | | $8.36 |
| 12.3 SF | Re-grout Stone Floor Tile in Mortar (100.0%) | $3.45 | $42.44 | $1.27 | $41.17 |
| 21.0 SF | Remove and Replace Stone Tile on 3 stairs to 1st floor | $33.30 | $699.30 | $48.95 | $650.35 |
| 1.0 EA | Remove and Replace 3'0" 6-Panel Single Prehung S/C Exterior Door | $616.73 | $616.73 | $43.17 | $573.56 |
| 1.0 EA | Paint / Finish 3'0" 6-Panel Single Prehung S/C Exterior Door | $87.08 | $87.08 | $12.19 | $74.89 |
| 1.0 EA | Remove and Replace Exterior Jamb for Prehung S/C Exterior Door | $106.91 | $106.91 | $7.48 | $99.43 |
| 1.0 EA | Remove and Reinstall Hardware Item for Prehung S/C Exterior Door | $54.68 | $54.68 | | $54.68 |
| 13.0 EA | Clean & Polish Stairs | $4.94 | $64.22 | | $64.22 |
| 3.0 EA | Remove and Replace Straight Hardwood Stairs | $182.79 | $548.37 | $38.39 | $509.98 |
| | **Totals For Side Entry** | | **$2,264.22** | **$151.45** | **$2,112.77** |

**Main Grouping:** **Basement**
**Estimate Section:** **Hallway**

Hallway ............................................................ 7' 9.0" x 7' x 8'
Offset ............................................................ 4' 5.0" x 4' 5.0" x 8'

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 38.30 LF | Floor SF: | 73.80 SF | Wall SF: | 306.70 SF |
| Upper Perimeter: | 38.30 LF | Floor SY: | 8.20 SY | Ceiling SF: | 73.80 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 172.5 SF | Remove and Replace Wall Insulation 6' up as the flood waters remained for 3 days. (75.0% / 6.0') 3 walls as one wall is adjacent to the living room. | $0.87 | $150.08 | $10.51 | $139.57 |
| 306.7 SF | Remove and Replace 5/8" Fire-Rated (Type X) Unfinished Residential Drywall (100.0% / 8.0') | $3.07 | $941.57 | $65.91 | $875.66 |
| 2.0 EA | Remove and Replace 110V - 125V w/Wiring Electrical Outlet | $113.45 | $226.90 | $15.88 | $211.02 |
| | **Totals For Hallway** | | **$1,318.55** | **$92.30** | **$1,226.25** |

**** This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier. ****

| | | | |
|---|---|---|---|
| INSURED | : Gary Shlyonsky | DATE OF REPORT | : 2/23/2013 |
| LOCATION | : 229 Exeter Street | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235 | POLICY NUMBER | : 60101892502012 |
| COMPANY | : The Standard Fire Insurance Co. | CLAIM NUMBER | : ASA120954 |
| | : PO Box 7775 | OUR FILE NUMBER | : ASA120954 |
| | : Kalispell, MT 59904-7775 | ADJUSTER NAME | : Richard Crowley |

**Main Grouping:** **Basement**
**Estimate Section:** **Family Room**

Family Room ........................................................ 27' x 13' 3.0" x 8'
Offset ........................................................ 14' 3.0" x 5' 3.0" x 8'
Water & Elect Closet ........................................ 4' 5.0" x 5' 9.0" x 8'
Opening: 4' x 6' 8.0"
Storage Closet ................................................ 4' 3.0" x 5' 9.0" x 8'
Opening: 4' x 6' 8.0"

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 133.30 LF | Floor SF: | 482.40 SF | Wall SF: | 1088.00 SF |
| Upper Perimeter: | 109.00 LF | Floor SY: | 53.60 SY | Ceiling SF: | 482.40 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 816.0 SF | Remove and Replace Wall Insulation 6' up as the flood waters remained for 3 days. (100.0% / 6.0') | $0.87 | $709.92 | $49.69 | $660.23 |
| 1088.0 SF | Remove and Replace 5/8" Fire-Rated (Type X) Unfinished Residential Drywall (100.0% / 8.0') | $3.07 | $3,340.16 | $233.81 | $3,106.35 |
| 1.0 EA | Remove and Replace 20" x 3'2" Tilt Double Hung Ins. Low E Vinyl Window | $167.00 | $167.00 | $11.69 | $155.31 |
| 7.0 EA | Remove and Replace 110V - 125V w/Wiring Electrical Outlet | $113.45 | $794.15 | $55.59 | $738.56 |
| 1.0 EA | Remove and Replace 200 AMP Electrical w/wiring | $3,780.42 | $3,780.42 | $264.63 | $3,515.79 |
| | **Totals For Family Room** | | **$8,791.65** | **$615.41** | **$8,176.24** |

**Main Grouping:** **Basement**
**Estimate Section:** **Laundry Room**

Laundry Room ........................................................ 7' 9.0" x 7' x 8'

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 29.50 LF | Floor SF: | 54.30 SF | Wall SF: | 236.00 SF |
| Upper Perimeter: | 29.50 LF | Floor SY: | 6.03 SY | Ceiling SF: | 54.30 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 132.8 SF | Remove and Replace Wall Insulation 6' up as the flood waters remained for 3 days. (75.0% / 6.0') 3 walls as one wall is adjacent to the hallway | $0.87 | $115.54 | $8.09 | $107.45 |
| 236.0 SF | Remove and Replace 5/8" Fire-Rated (Type X) Unfinished Residential Drywall (100.0% / 8.0') | $3.07 | $724.52 | $50.72 | $673.80 |
| 1.0 EA | Remove and Replace 20" x 3'2" Tilt Double Hung Ins. Low E Vinyl Window | $167.00 | $167.00 | $11.69 | $155.31 |
| 3.0 EA | Remove and Replace 110V - 125V GFCI w/Wiring Electrical Outlet One double & 1 single GFI | $147.11 | $441.33 | $30.89 | $410.44 |
| 1.0 EA | Remove and Replace Air Handler for Air Conditioner Rheem Classic Plus Model RHLA - HM6024AA Serial M250705488 | $1,854.94 | $1,854.94 | $129.85 | $1,725.09 |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

| | | | |
|---|---|---|---|
| INSURED | : Gary Shlyonsky | DATE OF REPORT | : 2/23/2013 |
| LOCATION | : 229 Exeter Street | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235 | POLICY NUMBER | : 60101892502012 |
| COMPANY | : The Standard Fire Insurance Co. | CLAIM NUMBER | : ASA120954 |
| | : PO Box 7775 | OUR FILE NUMBER | : ASA120954 |
| | : Kalispell, MT 59904-7775 | ADJUSTER NAME | : Richard Crowley |

**Estimate Section: Basement : Laundry Room - Continued...**

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 2.0 EA | Remove and Replace Evaporative Cooler Air Conditioner<br>Rheem RHSA - HM 3617 RA<br>Serial M2209-5944<br>Serial M2290- 5946 | $1,834.32 | $3,668.64 | $256.80 | $3,411.84 |
| | **Totals For Laundry Room** | | **$6,971.97** | **$488.04** | **$6,483.93** |

**Main Grouping: Basement**
**Estimate Section: Bathroom**

Bathroom ............................................................ 9' 3.0" x 7' 9.0" x 8'

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 34.00 LF | Floor SF: | 71.70 SF | Wall SF: | 272.00 SF |
| Upper Perimeter: | 34.00 LF | Floor SY: | 7.97 SY | Ceiling SF: | 71.70 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 153.0 SF | Remove and Replace Wall Insulation 3 walls as one wall is adjacent to the hallway (75.0% / 6.0')<br>6' up as the flood waters remained for 3 days. | $0.87 | $133.11 | $9.32 | $123.79 |
| 272.0 SF | Remove and Replace 5/8" Fire-Rated (Type X) Unfinished Residential Drywall (100.0% / 8.0') | $3.07 | $835.04 | $58.45 | $776.59 |
| 1.0 EA | Remove and Replace 20" x 3'2" Tilt Double Hung Ins. Low E Vinyl Window | $167.00 | $167.00 | $11.69 | $155.31 |
| | **Totals For Bathroom** | | **$1,135.15** | **$79.46** | **$1,055.69** |

**Main Grouping: Basement**
**Estimate Section: Office**

Office ............................................................ 20' 6.0" x 10' 3.0" x 8'
6.75 ............................................................ 6' 9.0" x 2' x 8'

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 75.00 LF | Floor SF: | 223.60 SF | Wall SF: | 600.00 SF |
| Upper Perimeter: | 75.00 LF | Floor SY: | 24.84 SY | Ceiling SF: | 223.60 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 337.5 SF | Remove and Replace Wall Insulation 3 walls as one wall is adjacent to hallway (75.0% / 6.0')<br>6' up as the flood waters remained for 3 days. | $0.87 | $293.63 | $20.55 | $273.08 |
| 600.0 SF | Remove and Replace 5/8" Fire-Rated (Type X) Unfinished Residential Drywall (100.0% / 8.0') | $3.07 | $1,842.00 | $128.94 | $1,713.06 |
| 1.0 EA | Remove and Replace 20" x 3'2" Tilt Double Hung Ins. Low E Vinyl Window | $167.00 | $167.00 | $11.69 | $155.31 |
| 4.0 EA | Remove and Replace 110V - 125V w/Wiring Electrical Outlet | $113.45 | $453.80 | $31.77 | $422.03 |
| | **Totals For Office** | | **$2,756.43** | **$192.95** | **$2,563.48** |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

| | | | |
|---|---|---|---|
| INSURED | : Gary Shlyonsky | DATE OF REPORT | : 2/23/2013 |
| LOCATION | : 229 Exeter Street | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235 | POLICY NUMBER | : 60101892502012 |
| COMPANY | : The Standard Fire Insurance Co. | CLAIM NUMBER | : ASA120954 |
| | : PO Box 7775 | OUR FILE NUMBER | : ASA120954 |
| | : Kalispell, MT 59904-7775 | ADJUSTER NAME | : Richard Crowley |

**Main Grouping:** **Basement**
**Estimate Section:** **Office 2**

Office 2 ............................................................ 16' 6.0" x 19' 9.0" x 8'

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 72.50 LF | Floor SF: | 325.90 SF | Wall SF: | 580.00 SF |
| Upper Perimeter: | 72.50 LF | Floor SY: | 36.21 SY | Ceiling SF: | 325.90 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 326.3 SF | Remove and Replace Wall Insulation 3 walls only (75.0% / 6.0') 6' up as the flood waters remained for 3 days. | $0.87 | $283.88 | $19.87 | $264.01 |
| 580.0 SF | Remove and Replace 5/8" Fire-Rated (Type X) Unfinished Residential Drywall (100.0% / 8.0') | $3.07 | $1,780.60 | $124.64 | $1,655.96 |
| 1.0 EA | Remove and Replace 20" x 3'2" Tilt Double Hung Ins. Low E Vinyl Window | $167.00 | $167.00 | $11.69 | $155.31 |
| 5.0 EA | Remove and Replace 110V - 125V w/Wiring Electrical Outlet | $113.45 | $567.25 | $39.71 | $527.54 |
| | **Totals For Office 2** | | **$2,798.73** | **$195.91** | **$2,602.82** |

**Main Grouping:** **Basement**
**Estimate Section:** **Boiler Room**

Boiler Room ............................................................ 4' 5.0" x 5' 9.0" x 8'

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 20.30 LF | Floor SF: | 25.40 SF | Wall SF: | 162.70 SF |
| Upper Perimeter: | 20.30 LF | Floor SY: | 2.82 SY | Ceiling SF: | 25.40 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 91.5 SF | Remove and Replace Wall Insulation 3 walls only (75.0% / 6.0') 6' up as the flood waters remained for 3 days. | $0.87 | $79.61 | $5.57 | $74.04 |
| 162.7 SF | Remove and Replace 5/8" Fire-Rated (Type X) Unfinished Residential Drywall (100.0% / 8.0') | $3.07 | $499.49 | $34.96 | $464.53 |
| 1.0 EA | Remove and Replace 198,000 BTU Boiler Invoice Attached We have deducted $100.00 from the invoice for the removal of the washer & dryer. Weil McLain Boiler Model CGI Boiler disposed of prior tp our inspection 4 Electronic Zone Controls 4 Circulating Pumps w Electronic Valves | $9,700.00 | $9,700.00 | $679.00 | $9,021.00 |
| | **Totals For Boiler Room** | | **$10,279.10** | **$719.53** | **$9,559.57** |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

| | | | |
|---|---|---|---|
| INSURED | : Gary Shlyonsky | DATE OF REPORT | : 2/23/2013 |
| LOCATION | : 229 Exeter Street | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235 | POLICY NUMBER | : 60101892502012 |
| COMPANY | : The Standard Fire Insurance Co. | CLAIM NUMBER | : ASA120954 |
| | : PO Box 7775 | OUR FILE NUMBER | : ASA120954 |
| | : Kalispell, MT 59904-7775 | ADJUSTER NAME | : Richard Crowley |

# ESTIMATE TOTALS

| ESTIMATE TOTAL PAGE ITEMS | RCV | DIFF | ACV |
|---|---|---|---|
| **Repair Item Totals** | **$71,490.18** | **$4,317.60** | **$67,172.58** |
| Less Excluded O&P Trade(s) | ($45,537.63) | ($2,510.29) | ($43,027.34) |
| Subtotal For O&P % | $25,952.55 | $1,807.31 | $24,145.24 |
| General Contractor Overhead (10.0%) | $2,595.26 | $180.74 | $2,414.52 |
| General Contractor Profit (10.0%) | $2,595.26 | $180.74 | $2,414.52 |
| Plus Excluded O&P Trades | $45,537.63 | $2,510.29 | $43,027.34 |
| Estimate Totals With O&P | $76,680.70 | $4,679.08 | $72,001.62 |
| Estimate Grand Totals | $76,680.70 | $4,679.08 | $72,001.62 |
| Less Deductible | ($1,000.00) | | ($1,000.00) |
| **BUILDING FINAL TOTALS** | **$75,680.70** | **$4,679.08** | **$71,001.62** |

| | |
|---|---|
| **RECOVERABLE DEPRECIATION *** | **$4,679.08** |
| **NON-RECOVERABLE DEPRECIATION** | **$0.00** |

*This amount represents the total recoverable depreciation for this estimate. Any payable recoverable depreciation is subject to policy coverage limit. Please check policy coverage limit prior to issuing any recoverable depreciation reimbursements.

The adjuster has no authority to approve or deny claims. R/R means: Remove and Replace damaged item. A copy of this estimate does not constitute a settlement of this claim. This estimate is subject to review and approval by your carrier, any additional repair to or replacement of items not included in this estimate is also subject to the insurance company's prior approval. You are required to keep all receipts, cancelled checks, inspection reports, etc. as proof of repair/replacement in the event of any future loss. This is not an authorization for repairs. The hiring of a contractor is strictly the decision of the policy holder.

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

SIMSOL®
Form EST-1/5.1-SP2

| | | | |
|---|---|---|---|
| INSURED | : Gary Shlyonsky | DATE OF REPORT | : 2/23/2013 |
| LOCATION | : 229 Exeter Street | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235 | POLICY NUMBER | : 60101892502012 |
| COMPANY | : The Standard Fire Insurance Co. | CLAIM NUMBER | : ASA120954 |
| | : PO Box 7775 | OUR FILE NUMBER | : ASA120954 |
| | : Kalispell, MT 59904-7775 | ADJUSTER NAME | : Richard Crowley |

# ITEMS EXCLUDED FROM CONTRACTOR OVERHEAD AND PROFIT

| TRADE/SUBTRADE/ITEMS | RCV | DEP | ACV |
|---|---|---|---|
| **1.0 GENERAL CONDITIONS** | **$1,594.84** | **$0.00** | **$1,594.84** |
| 1.2 CLEANING | $1,594.84 | $0.00 | $1,594.84 |
| **15.0 MECHANICAL** | **$35,861.40** | **$2,510.29** | **$33,351.11** |
| 15.3 H.V.A.C. | $26,161.40 | $1,831.29 | $24,330.11 |
| 15.7 BOILERS | $9,700.00 | $679.00 | $9,021.00 |
| **17.0 CONTRACT CLEANING** | **$8,081.39** | **$0.00** | **$8,081.39** |
| 17.1 CLEANING | $6,559.94 | $0.00 | $6,559.94 |
| 17.2 EQUIPMENT | $1,521.45 | $0.00 | $1,521.45 |
| **TOTAL AMOUNT EXCLUDED FROM O&P** | **$45,537.63** | **$2,510.29** | **$43,027.34** |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

| | | | |
|---|---|---|---|
| INSURED | : Gary Shlyonsky | DATE OF REPORT | : 2/23/2013 |
| LOCATION | : 229 Exeter Street | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235 | POLICY NUMBER | : 60101892502012 |
| COMPANY | : The Standard Fire Insurance Co. | CLAIM NUMBER | : ASA120954 |
| | : PO Box 7775 | OUR FILE NUMBER | : ASA120954 |
| | : Kalispell, MT 59904-7775 | ADJUSTER NAME | : Richard Crowley |

# ESTIMATE SUMMARY DETAILS

| AREA/GROUP DESCRIPTION | RCV | DEP | ACV |
|---|---|---|---|
| **Building Estimate** | | | |
| Basement | | | |
| Main Area | $9,016.25 | $0.00 | $9,016.25 |
| Side Entry | $2,264.22 | $151.45 | $2,112.77 |
| Hallway | $1,318.55 | $92.30 | $1,226.25 |
| Family Room | $8,791.65 | $615.41 | $8,176.24 |
| Laundry Room | $6,971.97 | $488.04 | $6,483.93 |
| Bathroom | $1,135.15 | $79.46 | $1,055.69 |
| Office | $2,756.43 | $192.95 | $2,563.48 |
| Office 2 | $2,798.73 | $195.91 | $2,602.82 |
| Boiler Room | $10,279.10 | $719.53 | $9,559.57 |
| **Totals for <Basement>** | **$45,332.05** | **$2,535.05** | **$42,797.00** |
| Contractor O & P for <Basement> | $4,196.70 | $293.88 | $3,902.82 |
| Sales Tax for <Basement> | $0.00 | $0.00 | $0.00 |
| **Grand Totals for <Basement>** | **$49,528.75** | **$2,828.93** | **$46,699.82** |
| Ungrouped Areas | | | |
| Exterior | $20,832.99 | $1,444.64 | $19,388.35 |
| Garage Exterior | $65.17 | $0.00 | $65.17 |
| Garage Interior | $5,259.97 | $337.91 | $4,922.06 |
| **Totals for Ungrouped Areas** | **$26,158.13** | **$1,782.55** | **$24,375.58** |
| Contractor O & P for Ungrouped Areas | $993.80 | $67.58 | $926.22 |
| Sales Tax for Ungrouped Areas | $0.00 | $0.00 | $0.00 |
| **Grand Totals for Ungrouped Areas** | **$27,151.93** | **$1,850.13** | **$25,301.80** |
| Estimate Additional Items (Including Tax) : | $0.00 | $0.00 | $0.00 |
| Rounding Adjustments : | $0.02 | $0.02 | $0.00 |
| **ESTIMATE GRAND TOTALS:** | **$76,680.70** | **$4,679.08** | **$72,001.62** |

**The estimate summary details displayed in the above appendix do not reflect the final estimate totals. Please refer to the Estimate Totals Page printout for the complete and final totals for this estimate.**

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

| | | | |
|---|---|---|---|
| INSURED | : Gary Shlyonsky | DATE OF REPORT | : 2/23/2013 |
| LOCATION | : 229 Exeter Street | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235 | POLICY NUMBER | : 60101892502012 |
| COMPANY | : The Standard Fire Insurance Co. | CLAIM NUMBER | : ASA120954 |
| | : PO Box 7775 | OUR FILE NUMBER | : ASA120954 |
| | : Kalispell, MT 59904-7775 | ADJUSTER NAME | : Richard Crowley |

# CONTENTS INVENTORY

## ESTIMATE RECAP

| | |
|---|---|
| Estimate Grand Totals: | $3,099.38 |
| Total Depreciation: | ($123.98) |
| A.C.V. Estimate Totals: | $2,975.40 |
| Policy Deductible: | ($1,000.00) |
| Final Totals: | $1,975.40 |

## ESTIMATE COMMENTS

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

| | | | |
|---|---|---|---|
| INSURED | : Gary Shlyonsky | DATE OF REPORT | : 2/23/2013 |
| LOCATION | : 229 Exeter Street | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235 | POLICY NUMBER | : 60101892502012 |
| COMPANY | : The Standard Fire Insurance Co. | CLAIM NUMBER | : ASA120954 |
| | : PO Box 7775 | OUR FILE NUMBER | : ASA120954 |
| | : Kalispell, MT 59904-7775 | ADJUSTER NAME | : Richard Crowley |

**Estimate Section: Laundry Room**

| # | T # | Description | Age | Quantity | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|---|---|---|
| 1 | 77 | Replace Clothes Dryer<br><br>NOTES :<br>Bodch Vision 800 Series<br>Model WFVC8440VC/20<br>Serial 850110087736011795 | | 1.0 EA | $1,576.88 | $1,576.88 | $63.08 | $1,513.80 |
| 2 | 90 | Replace Clothes Washer<br><br>NOTES :<br>Bodch Model Vision 800 Series<br>Model WTVC8530OVC/11<br>Serial 85012008744001194 | | 1.0 EA | $1,522.50 | $1,522.50 | $60.90 | $1,461.60 |
| | | **Totals For Laundry Room** | | | | **$3,099.38** | **$123.98** | **$2,975.40** |

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

| | | | |
|---|---|---|---|
| INSURED | : Gary Shlyonsky | DATE OF REPORT | : 2/23/2013 |
| LOCATION | : 229 Exeter Street | DATE OF LOSS | : 10/29/2012 |
| | : Brooklyn, NY 11235 | POLICY NUMBER | : 60101892502012 |
| COMPANY | : The Standard Fire Insurance Co. | CLAIM NUMBER | : ASA120954 |
| | : PO Box 7775 | OUR FILE NUMBER | : ASA120954 |
| | : Kalispell, MT 59904-7775 | ADJUSTER NAME | : Richard Crowley |

# INVENTORY TOTALS

| INVENTORY SUMMARY ITEMS | RCV | DIFF | ACV |
|---|---|---|---|
| **Inventory Item Totals** | **$3,099.38** | **$123.98** | **$2,975.40** |
| Gross Contents Loss | $3,099.38 | $123.98 | $2,975.40 |
| Less Deductible/Participation | ($1,000.00) | | ($1,000.00) |
| **INVENTORY FINAL TOTALS** | **$2,099.38** | | **$1,975.40** |

The adjuster has no authority to approve or deny claims. R/R means: Remove and Replace damaged item. A copy of this estimate does not constitute a settlement of this claim. This estimate is subject to review and approval by your carrier, any additional repair to or replacement of items not included in this estimate is also subject to the insurance company's prior approval. You are required to keep all receipts, cancelled checks, inspection reports, etc. as proof of repair/replacement in the event of any future loss. This is not an authorization for repairs. The hiring of a contractor is strictly the decision of the policy holder.

*** *This is an estimate of recorded damages and is subject to review and final approval by the insurance carrier.* ***

SIMSOL®
Form EST-1/5.1-SP2

**Summary**