**HAROLD WEINBERG, B.C.E., M.C.E., P.E.**   **CONSULTING ENGINEER, P.C.**
**408 JAY STREET SUITE 301**   TEL. (718) 858-5033
**BROOKLYN, NEW YORK 11201**   FAX (718) 260-8191
**E-MAIL heshiewein@yahoo.com**

January 31, 2013

Re:   229 Exeter St., Brooklyn, NY
UTC #8895

Hi Rise Engineering P.C.
50 Charles Lindbergh Blvd., Suite 503
Uniondale, NY 11553

On Thursday, January 10 and again on Friday, January 11, 2013, I visited the above captioned site together with Mr. Frank Sellitto, R.A. No one showed up at these times. I then came back myself on Sunday, January 13, 2013 and was met by Mr. Harry Shlyonsky, the owner who let me in. The site is in Block 8743, Lot 36 and is further described as being on the east side of Exeter Street, between Shore Blvd. and the ocean in Manhattan Beach, Brooklyn, N.Y. The lot has dimensions of 40' in width by 100' in depth with a Lot Area of 4000 sq ft. The lot has a two story one family residence on it with approximate dimensions of 25' x 60'. This building is described as fully detached with walls that are free standing on the north wall south wall. Mr. Frank Sellitto, R.A, was present on 1/10/13 and again on 1/11/13. The exterior walls were examined on these dates.



THE FRONT VIEW OF THE PROPERTY

EXHIBIT 2

The building has CO 302358277F issued on April 4, 2012 indicating that the legal occupancy is one family. The building is of frame construction meaning that the exterior and interior walls are constructed with wood studs framing walls and wood members for floor joists. The exterior walls are covered with a limestone finish. On Monday, October 29, 2012, storm Sandy occurred and caused the nearby body of water to overflow and flood this neighborhood inter alia. This storm surge also occurred during high tide and precipitated flooding in the subject premises.

During my examination I examined all the exterior walls and the interior of the cellar space. The limestone walls had cracks at various locations. In addition, the flood waters caused damage to the inside of the building in the cellar. Stairs leading to the first floor and the cellar suffered cracking. Steps were cracked in several places.



EXTERIOR STAIRWAY STEPS CRACKS

An examination of the exterior water line was made and I determined that the water was at least 36" above the adjacent grade. The damage at the lower part of the building was caused by flooding and is responsible for about 100% in total. The lowest level of the structure is a cellar. The structural system of the foundation walls are masonry block on footings. The entire cellar including the slab finishes and the foundation wall finishes were damaged extensively.



CELLAR AREA DAMAGED UNDER ON GOING REPAIR

I observed that the interior finish of the building that the water level line was also at least 7" high in the cellar. At the time of my visit some rehabilitation had taken place.

The exterior walls suffered slight displacement of the limestone in several locations. It may be necessary to remove and reset the tiles in place. Prior existing damages may have been absorbed with the damages caused by Sandy. This building was erected circa 1930. Therefore, it is 83 years in existence. No major damage existed prior to storm Sandy to the building proper.

Very truly yours,

*Harold Weinberg*

HAROLD WEINBERG, P.E.

[Seal: STATE OF NEW YORK · HAROLD WEINBERG · LICENSED PROFESSIONAL ENGINEER · 038126]



CELLAR ON GOING REPAIR (TYPICAL)



CELLAR ON GOING REPAIR (TYPICAL)



CELLAR ON GOING REPAIR (TYPICAL)



CELLAR ON GOING REPAIR (TYPICAL)



CELLAR ON GOING REPAIR (TYPICAL)



CELLAR ON GOING REPAIR (TYPICAL)



INTERIOR STAIRS



SETTLEMENT & SEPERATION OF EXTERIOR PAVING TO FOUNDATION WALL



SEPERATION OF STAIRS TO BUILDING WALL



CELLAR ON GOING REPAIR (TYPICAL)