# United Technical Consultants L.L.C.
653 Swedesford Rd
Malvern, PA 19355
Phone: 866-933-5750
Email: ben@callutc.com

---

March 11, 2013

The Standard Fire Insurance Co
c/o All Seasons Adjusting

Via Email

| | | |
|---|---|---|
| Subject: | Insured: | Shlyonsky, Gary |
| | Loss Location: | 229 Exeter Street |
| | | Brooklyn, NY 11235 |
| | D/O/L: | 10/29/2012 |
| | Policy: | 60101892502012 |
| | UTC File: | 8895 |

You requested United Technical Consultants assign a licensed engineer to inspect the above property for flood damage

We assigned a licensed professional engineer to perform the investigation, the findings follow this cover letter.

Should you have any questions please don't hesitate to contact us.

Sincerely,


Glenn Grogan
United Technical Consultants

**EXHIBIT 3**

# HiRise Engineering, P.C.

**Construction Consultants ♦Property Condition Assessment Reports ♦ Design Engineers**

50 Charles Lindbergh Boulevard, Suite 503
Uniondale, New York 11553
Tel: (516) 222-2257    Fax: (516) 222-4572

---

March 11, 2013

United Technical Consultants L.L.C.
Attn: Mr. Glenn Grogan
PO Box 30
Phoenixville, PA 19460
Phone: 484.318.7899
Fax: 484.318.7902
Email: Glenn@callutc.com
Via Electronic Mail

|  |  |  |
|--|--|--|
| Subject: | Insured: | Mr. Harry Shlyonsky |
|  |  | 229 Exeter Street |
|  |  | Brooklyn, NY 11235 |
|  | D/O/L: | 10/29/12 |
|  | UTC File: | 8895 |

## Conclusions:

Based on the following investigation and analysis, and to a reasonable degree of engineering certainty, the following conclusions are provided:

- No flood-related structural damage to the building was found. Damages were limited only to finish materials such as drywall and flooring which were caused by saturation during the flooding.

- Spacing between the stone staircases and EIFS facades were pre-existing. There was no evidence to support that damage was caused by flooding.

These conclusions are based on preliminary and limited visual examinations and analyses of the exposed conditions. We reserve the right to supplement or amend these findings and/or opinions should new information become available.

HiRise Engineering PC                                                                                   UTC 8895

**Background:**

On Thursday, January 10 and again on Friday, January 11, 2013, I visited the above captioned site together with Mr. Frank Sellitto, R.A. No one showed up at these times. I then came back myself on Sunday, January 13, 2013 and was met by Mr. Harry Shlyonsky, the owner who let me in. The site is in Block 8743, Lot 36 and is further described as being on the east side of Exeter Street, between Shore Blvd. and the ocean in Manhattan Beach, Brooklyn, N.Y. The lot has dimensions of 40' in width by 100' in depth with a Lot Area of 4000 sq ft. The lot has a two story one family residence on it with approximate dimensions of 25' x 60'. This building is described as fully detached with walls that are free standing on the north wall south wall. Mr. Frank Sellitto, R.A, was present on 1/10/13 and again on 1/11/13. The exterior walls were examined on these dates.



THE FRONT VIEW OF THE PROPERTY

The building has CO 302358277F issued on April 4, 2012 indicating that the legal occupancy is one family. The building is of frame construction meaning that the exterior and interior walls are constructed with wood studs framing walls and wood members for floor joists. The exterior walls are covered with a limestone finish. On Monday, October 29, 2012, Storm Sandy occurred and caused the nearby body of water to overflow and flood this neighborhood inter alia. This storm surge also occurred during high tide and precipitated flooding in the subject premises.

HiRise Engineering PC                                                                                        UTC 8895

**Observations:**

During my examination I examined all the exterior walls and the interior of the cellar space. Flood waters caused damage to only the inside finishes of the building in the cellar.

Spacing between the exterior stairs leading to the first floor and the cellar was noted between the treads and risers and the EIFS facades.



EXTERIOR STAIRWAY STEPS CRACKS

An examination of the exterior water line was made and I determined that the water was at least 36" above the adjacent grade. The lowest level of the structure is a cellar. The structural system of the foundation walls are masonry block on footings. All observable structural components were free from defect.

HiRise Engineering PC                                                                 UTC 8895



CELLAR AREA FINISHES DAMAGED UNDER ON GOING REPAIR

**Analysis:**

No flood-related structural damage to the building was found. Damages were limited only to finish materials such as drywall and flooring which were caused by saturation during the flooding. The water level line was at least 7' high in the cellar. Observation of all structural components of the dwelling revealed no damage.

Spacing between the stone staircases and EIFS facades were pre-existing. There was no evidence to support that damage was caused by flooding.

Very truly yours,

*Harold Weinberg*

HAROLD WEINBERG

Reviewed By:

*Matt Pappalardo*

Matt Pappalardo, M.S.
Department Manager