UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARRY SHLYONSKY AND MELINA SHLYONSKY,<br><br>Plaintiffs,<br><br>v.<br><br>HiRISE ENGINEERING, P.C., ET AL.<br><br>Defendants. | Civil Action No.: 1:14-CV-07136-RJD-MDG |
| GARRY SHLYONSKY AND MELINA SHLYONSKY,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS INSURANCE COMPANY, doing Business as THE STANDARD FIRE INSURANCE COMPANY<br><br>Defendants. | Civil Action No.: 1:13-cv-05393-RJD-JMA |

## **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Pursuant to Fed. R. Civ. P. 68(a), Defendant The Standard Fire Insurance Company ("Standard Fire," improperly named as Travelers Insurance company doing business as The Standard Fire Insurance Company) hereby provides notice that the Offer of Judgment it served on Plaintiffs Garry Shlyonsky and Melina Shlyonsky ("Plaintiffs") in both of the above-captioned actions, dated April 21, 2015, attached as Exhibit A hereto, was accepted by Plaintiffs on May 4, 2015, as reflected on Exhibit B hereto.

Accordingly, in accordance with Fed. R. Civ. P. 68(a), judgment should be entered, in the single, global amount of Three Hundred Forty Thousand Four Hundred Twenty-Nine Dollars

13788938-v1

and Eighty-Eight Cents ($340,429.88), in full and final resolution of both of the above-captioned actions, in accordance with the Offer of Judgment attached as Exhibit A hereto.

Dated: May 5, 2015

Respectfully submitted,

/s/ Wystan M. Ackerman
Stephen E. Goldman (SG9079)
Wystan M. Ackerman (WA8267)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103
sgoldman@rc.com
wackerman@rc.com
Tel: 860-275-8200
Fax: 860-275-8299

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2015, a copy of the foregoing Notice of Acceptance of Offer of Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

/s/ Wystan M. Ackerman